UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE


| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:08-CR-107 |
| ) | (Phillips) |
| RALPH T. O'NEAL ) | |

### ORDER

There being no timely objection by defendant, *see* 28 U.S.C. § 636(b)(1), and the court being in complete agreement with the magistrate judge, the Report and Recommendation (R&R) [Doc. 164] filed by the Honorable H. Bruce Guyton, United States Magistrate Judge, on May 14, 2009, is hereby **ACCEPTED IN WHOLE** whereby the following motions are **DENIED**: (1) defendant's *pro se* motion to quash arrest warrant [Doc. 141]; (2) defendant's *pro se* motion to dismiss, or alternatively, to suppress and for sanctions and other relief [Doc. 142]; (3) defendant's *pro se* motion to dismiss indictment for lack of jurisdiction [Doc. 143]; (4) defendant's *pro se* motion to dismiss (Speedy Trial) [Doc. 144]; (5) defendant's *pro se* motion to dismiss for illegal use of tracking device [Doc. 145]; (6) defendant's *pro se* motion to dismiss and suppress evidence under Rule 41 [Doc. 147]; (7) defendant's *pro se* motion to dismiss for violation of the Constitution [Doc. 149]; (8) defendant's *pro se* motion to dismiss for ineffective assistance of counsel [Doc. 151]; (9) defendant's *pro se* motion to suppress the fruits of a wiretap or recorded calls [Doc.

153]; (10) defendant's *pro se* motion to dismiss for failure to obey a court order [Doc. 154]; (11) defendant's *pro se* motion to dismiss "school statute" in the second superseding indictment [Doc. 157]; and (12) defendant's *pro se* motion for government to produce relevant information pertaining to firearm - Rule 16 and dismiss because of non-possession [Doc. 159].

**IT IS SO ORDERED.**

**ENTER:**

s/ Thomas W. Phillips
United States District Judge