UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:08-CR-107 |
| ) | (Phillips) |
| RALPH T. O'NEAL ) | |

### ORDER

There being no timely objection by defendant, *see* 28 U.S.C. § 636(b)(1), and the court being in complete agreement with the magistrate judge, the Report and Recommendation (R&R) [Doc. 208] filed by the Honorable C. Clifford Shirley, United States Magistrate Judge, on July 10, 2009, is hereby **ACCEPTED IN WHOLE** whereby the defendant's motion to suppress statements [Doc. 18] is **DENIED**.

**IT IS SO ORDERED.**

ENTER:

s/ Thomas W. Phillips
United States District Judge