UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| RALPH T. O'NEAL, III, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Nos. 3:08-CR-107-1-PLR-CLC |
| ) | 3:13-CV-580-PLR |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT

For the reasons expressed in the accompanying memorandum and order filed herewith, it is **ORDERED** and **ADJUDGED** that the motion [Doc. 519] by prisoner Ralph T. O'Neal, III, for post-conviction relief pursuant to 28 U.S.C. § 2255 is **DENIED and DISMISSED WITH PREJUDICE**.

If Petitioner files a notice of appeal from this judgment, such notice of appeal will be treated as an application for a certificate of appealability which is **DENIED** pursuant to 28 U.S.C. § 2253(c)(2) and Fed. R. App. P. 22(b) because he has failed to make a substantial showing of the denial of a federal constitutional right. The Court **CERTIFIES** pursuant to 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24 that any appeal from this judgment by Petitioner would be frivolous and not taken in good faith.

**IT IS SO ORDERED.**

ENTER:

_____
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

    s/Debra C. Poplin
   CLERK OF COURT